IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00062 (WLS-TQL-1) |
| | : |
| ARLON FREDERICK, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Before the Court is a "Consent Motion to Continue Trial" filed by Defendant Frederick on February 7, 2023. (Doc. 52). Therein, Defendant states that he is requesting a continuance because he has decided to resolve his case via a plea agreement; however, he needs additional time to review Government's discovery that were provided to him in late January of 2023. (*Id.*) Defendant notes that Government does not oppose the motion. (*Id.*) Defense Counsel also states that Parties will contact the Court to schedule a Change of Plea hearing. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue (Doc. 52) is **GRANTED.** Accordingly, it is **ORDERED** that the February 14, 2023, pretrial conference specifically set for is **CANCELED**. The Court further **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the **Valdosta Division May 2023 trial term** beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 9th day of February 2023.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**