IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CR-62 (WLS-TQL-1) |
| | : | |
| ARLON FREDERICK | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently before the Court is Defendant Frederick's Consent Motion to Continue trial (Doc. 59). Therein, Defendant Frederick states that he wants to resolve the above-styled cause via a plea agreement and that he has executed the necessary forms which were provided to the Government. (*Id.*) Defendant Frederick also notes that the Government does not oppose the instant motion. (*Id.*)

Currently, Defendant Frederick's Change of Plea hearing is set for Tuesday, April 25, 2023. Based on the reasons stated in the Motion (Doc. 59) and the fact that the Change of Plea hearing has been set, the Court finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Consent Motion to Continue (Doc. 59) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 term, beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court, subject to Defendant entering a plea of guilty as stated.

2

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __19th___ day of April, 2023.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**